**Michael Alan Leon**
**5767 Monticello Way**
**Fitchburg, WI  53719**

2011 MAR 25  A 10: 58

United States District Court
RE: Case No.: 2:10-cv-01672
Lance S. Wilson, Deputy Clerk
District of Nevada
333 S. Las Vegas Blvd.
Las Vegas, NV  89101

March 24, 2011

United States District Court,

I preface with an apology to the Court [and attorney Shawn Mangano] for errors in form or style [such as repetition], as I am responding *pro se*.

Responding *pro se* to summons (and complaint) in a civil action [*Righthaven LLC v. Michael Leon*; Civil Action No 2:10-CV-01672-GMM-LRN; (Case No.: 2:10-cv-01672)] received Sunday evening, March 6, 2011 at my home.

With respect, I would note that the plaintiff's summons and complaint contains no address listed for the United States District Court for the District of Nevada. I ask for any relief the Court deems proper for this defect in communication, if the lack of an address is so deemed a defect. [Attached]

I do wish to note that I have posted some original articles, links and portions of articles in support of veterans; but let me state emphatically I am **not** the managing editor. Receiving this complaint, I am baffled by this position title; it does not exist sir. And I certainly cannot explain what party has this title attached to my name. Complaint reads it's Medbillz. I have no idea whatsoever what Medbillz is. Plaintiff informs me in complaint that Medbillz is "an entity of unknown origin and nature." It is unknown to me as well. I wish the staff name and title did not exist; I'll work the phones to see it removed. Maybe I should thank you in this respect for alerting me about this title designation; because I don't want it and never has it been offered or accepted.

Reading the material RE: Case No.: 2:10-cv-01672, it appears plaintiff is naming me a defendant on the basis of two elements:

1. My alleged role as managing editor of Veterans Today or Medbillz
2. My alleged posting of Copyright-protected material

I would begin my response by noting [after thoroughly searching the Internet and the *Veterans Today* site] that the article in question, "Nevada slaying of Army veteran ..." does not appear to

1

exist on the *Veterans Today* site, as far I can tell. I can find no site by the name of Medbillz. I cannot find a URL for this article.

With respect, I have to ask: Does the apparent fact that the article does not exist on *Veterans Today* site satisfy plaintiff?

With respect to Parties item 7, I have never worked as a "managing editor" for Veterans Today or "Medbillz," a name that I never even heard of until after I read the material you left to me on Sunday night, March 6. I ask plaintiff what is "Medbillz," and how can I be a defendant for an entity that does appear to exist?

I do ask for a discharge and dismissal of this action: [*Righthaven LLC v. Michael Leon*; Civil Action No 2:10-CV-01672-GMM-LRN; (Case No.: 2:10-cv-01672)]

I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet. I have never worked as a "managing editor" for Veterans Today or "Medbillz," a name that I never even heard of until after I read the material you left to me on Sunday night, March 6. How can an entity (of which I am NOT an editor, [but had posted some writing] I repeat I do even know what Medbillz is) be sued that as far I can tell does not exist? No agreement exists between Medbillz and me, and no communication by any means has ever taken place. With respect, you have not presented the Court with evidence of Medbillz and my connection with this entity because none exists, as far as I know.

Plaintiff informs me in complaint that Medbillz is "an entity of unknown origin and nature." Well, Medbillz is unknown in origin and nature to me as well. You have the wrong, person, sir.

**Any claim that I ever worked-served-acted as "managing editor" is factually incorrect.**

In addition, I note I was never offered—nor of course did I ever accept—any responsibility for any duties associated with managing editor or any editorial duties. In addition, I note I was never offered—nor of course did I ever accept—any monies or any other compensation of any kind for any duties associated with managing editor from Veterans Today or Medbillz. I would ask the this above denial be considered against all claims of fact contained in the complaint [*Righthaven LLC v. Michael Leon*; Civil Action No 2:10-CV-01672-GMM-LRN; (Case No.: 2:10-cv-01672)]

In fact, I only do limited veterans' advocacy work (and not with Veterans Today or Medbillz) because I don't get and never have gotten paid for veterans' work from Veterans Today or Medbillz.

I just think veterans serve our country and many are not getting the respect they deserve so I try to do what I can to publicize veterans' plight.

So, I have write *in effect* I think plaintiffs have the wrong guy. I have no net assets (not one cent received from Veterans Today or Medbillz), in fact a check of my credit record [I'm not proud of this but it is true] reveals deep debt that I have been advised to address in federal bankruptcy court by a financial advisor. *(e., c'o.d)*
*h/.*

2

Whoever Medbillz is, I never received **anything** from them.

In fact, that I have never even met anyone from Veterans Today or "Medbillz."

And I certainly have no recollection of posting the article. I would ask this above denial be considered against all claims of fact contained in the complaint [*Righthaven LLC v. Michael Leon*; Civil Action No 2:10-CV-01672-GMM-LRN; (Case No.: 2:10-cv-01672)]

With respect to Nature of Action – Parties 7,8, Jurisdiction 13, 14, 17, 18, 19, I reiterate I have no recollection of reproduction of Exhibit 2. I cannot find this infringement on the Internet. I have no knowledge *whatsoever* of Medbillz.

With respect to Venue 20, I have never been to Nevada, worked or directed anything toward anyone in Nevada.

With respect to item 21. That I can even afford to visit Nevada would be an absurd proposition as a check of my credit record [again I'm not proud of this but it is true] reveals deep debt that I have been advised to address in federal bankruptcy court by a financial advisor.

With respect to Fact 26, 27. 28, 29, I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet.

Fact 27: I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet.

I ask for a discharge from and dismissal of this action: [*Righthaven LLC v. Michael Leon*; Civil Action No 2:10-CV-01672-GMM-LRN; (Case No.: 2:10-cv-01672)]

CLAIM FOR RELIEF: COPYRIGHT INFRINGEMENT

35. I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet.

36. I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet.

37. I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet. Nor would I know how to place an article on Veterans Today.

38. I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet.

39. I would never willfully infringe, and to repeat: I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet.

40, 41, 42 I have never worked as a "managing editor" for Veterans Today or "Medbillz," a name that I never even heard of until after I read the material you left to me on Sunday night, March 6. I was never offered—nor of course did I ever accept—any responsibility for any duties associated with managing editor. In addition, I note I was never offered—nor of course did I ever accept—any monies or other compensation for any duties associated with managing editor from Veterans Today or Medbillz. I have no idea what Medbillz is.

I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet. Nor would I know how to place an article on Veterans Today. I would never willfully infringe, and to repeat: I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet. I was never offered—nor of course did I ever accept—any monies or other compensation for any duties associated with managing editor from Veterans Today or Medbillz. I have no idea what Medbillz is. I have never worked as a "managing editor" for Veterans Today or "Medbillz." I do not post original or links on Veterans Today or Medbillz, and certainly will not in the future.

**Prayer for Relief**

1.I have no idea what Medbillz is. I have never worked as a "managing editor" for Veterans Today or "Medbillz." I would never knowingly infringe and certainly never would in the future. In fact, I did some research of Righthaven LLC and its long list of copyrighted material in media outlet and I'm afraid to even visit their sites, much less link or quote from them.

2. I was never offered—nor of course did I ever accept—any monies or other compensation for any duties associated with managing editor from Veterans Today or Medbillz.

I have no idea what Medbillz is. I have never worked as a "managing editor" for Veterans Today or "Medbillz." Checking Veterans Today, the last posting and I mean last as in *never-again* is: VA Attacks Own Revised PTSD Rules, Promotes Anti-veteran Dr. Sally Satel

My utter incapacity to address any Medbillz'-related questions or documentation exist because I have no idea what this "entity" is. If the title "managing editor" exists on Veterans Today or "Medbillz." I wish it would disappear, because I certainly have never had any communication or discussion RE any duties associated with managing editor from Veterans Today or Medbillz or GoDaddy.

3.I have no knowledge whatsoever what "GoDaddy" means.

4. I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet. I have never worked as a "managing editor" for Veterans Today or "Medbillz," a name that I never even heard of until after I read the material you left to me on Sunday night, March 6. How can an entity [of which I am NOT an editor, agent or anything as I repeat I do even know what Medbillz is] be sued that as far I can tell does not exist?

I ask for a discharge and dismissal of this action: [*Righthaven LLC v. Michael Leon*; Civil Action No 2:10-CV-01672-GMM-LRN; (Case No.: 2:10-cv-01672)]

4

I ask that the Court be offered any proof of the existence of this Medbillz, because I have no association in any manner with organization or "entity" nor will I ever in the future.

5. I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet. I have never worked as a "managing editor" for Veterans Today or "Medbillz," a name that I never even heard of until after I read the material you left to me on Sunday night, March 6. How can an entity [of which I am NOT an editor, agent or anything as I repeat I do even know what Medbillz is] be sued that as far I can tell does not exist?

I ask for a discharge and dismissal of this action: [*Righthaven LLC v. Michael Leon*; Civil Action No 2:10-CV-01672-GMM-LRN; (Case No.: 2:10-cv-01672)]

6. I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet. I have never worked as a "managing editor" for Veterans Today or "Medbillz," a name that I never even heard of until after I read the material you left to me on Sunday night, March 6. How can an entity [of which I am NOT an editor, agent or anything as I repeat I do even know what Medbillz is] be sued that as far I can tell does not exist? I ask for a discharge and dismissal of this action: [*Righthaven LLC v. Michael Leon*; Civil Action No 2:10-CV-01672-GMM-LRN; (Case No.: 2:10-cv-01672)]

7. I have no recollection of reproduction of Exhibit 2, and I cannot find this infringement on the Internet. I have never worked as a "managing editor" for Veterans Today or "Medbillz," a name that I never even heard of until after I read the material you left to me on Sunday night, March 6. How can an entity [of which I am NOT an editor, agent or anything as I repeat I do even know what Medbillz is] be sued that as far I can tell does not exist? I ask for a discharge and dismissal of this action: [*Righthaven LLC v. Michael Leon*; Civil Action No 2:10-CV-01672-GMM-LRN; (Case No.: 2:10-cv-01672)]

And I conclude again with my sincere apology to the Court [and attorney Shawn Mangano] for errors in form or style as I am responding *pro se*.

Very Truly Yours,

*[signature: Michael Leon]*

Michael Leon

Cc
Shawn Mangano, Esq.
Shawn A. Mangano, Ltd
9960 West Cheyenne Avenue, Ste 170
Las Vegas, Nevada 89129-7701
United States of America

Encs. 2

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
District of Nevada



RIGHTHAVEN LLC, a Nevada limited-liability company,
*Plaintiff*

v.

MICHAEL LEON, an individual, et al.
*Defendant*

)
)
)
)
)
)
)
)

Civil Action No.  2:10-CV-01672-GMN-LRL

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Leon
5767 Monticello Way
Fitchburg, WI 53719

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Shawn Mangano, Esq.
Shawn A. Mangano, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
United States of America

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LANCE S. WILSON
CLERK
*Lance S. Wilson*
(By) DEPUTY CLERK

3/1/11
DATE

**JS 44** (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
RIGHTHAVEN LLC, a Nevada limited-liability company,

## DEFENDANTS
MICHAEL LEON, an individual, et al.

(b) County of Residence of First Listed Plaintiff **Clark (Nevada)**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorneys (Firm Name, Address, and Telephone Number)
J. Charles Coons, Esq. and Joseph C. Chu, Esq., Righthaven LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, Nevada

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☒ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
**17 U.S.C.**
Brief description of cause:
**Copyright Infringement**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $ 150,000.00**
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: **09/27/2010**
SIGNATURE OF ATTORNEY OF RECORD: **/s/ J. Chares Coons, Esq., Nevada Bar No. 10553**

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

Case 2:10-cv-01672-GMN-LRL Document 19 Filed 03/25/11 Page 8 of 8
Case 2:10-cv-01672 Document 1-2 Filed 09/27/10 Page 2 of 2

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.** **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.** **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.** **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.** **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.** **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.** **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.** **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.** **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.