UNITED STATES OF AMERICA
DISTRICT OF NEVADA

*Righthaven LLC v. Michael Leon*; Civil Action No 2:10-CV-01672-GMM-LRN; (Case No.: 2:10-cv-01672)

## MOTION TO RETAIN COUNSEL

Comes now Michael Leon, *pro se*, and moves this Honorable Court to retain counsel, J. Malcolm DeVoy, licensed to practice in Nevada.

MOTION TO RETAIN COUNSEL FOR LIMITED TIME OF HEARING: Wednesday, 4/20/2011, at 10:00 AM in LV Courtroom 7D before Judge Gloria M. Navarro.

)
Plaintiff)
)
V.)
)
MICHAEL LEON, et al.)
)
Defendants)

Atty J. Malcolm DeVoy*
Randazza Legal Group
7001 W. Charleston Blvd, #1043
Las Vegas, NV 89117
Toll Free: 888-667-1113 x. 4
email: jmd (at) randazza (dot) com
eFax: 305-437-7662
- **Licensed in Nevada**

Respectfully submitted,

_____
Michael Leon
Pro Se
5767 Monticello Way
Fitchburg, WI  53719