SHAWN A. MANGANO, ESQ.
Nevada Bar No. 6730
shawn@manganolaw.com
SHAWN A. MANGANO, LTD.
9960 West Cheyenne Avenue, Suite 170
Las Vegas, Nevada 89129-7701
Tel: (702) 304-0432
Fax: (702) 922-3851

*Attorney for Righthaven LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RIGHTHAVEN LLC, a Nevada limited-liability company,<br><br>Plaintiff,<br>v.<br><br>MICHAEL LEON, an individual; DENISE NICHOLS, an individual; and MEDBILLZ, INC., a corporation of unknown origin,<br><br>Defendants. | Case No.: 2:10-cv-01672-GMN-LRL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO CONTINUE SETTLEMENT DISCUSSIONS WITH DEFENDANT DENISE NICHOLS**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED BETWEEN Righthaven LLC ("Righthaven"), by and through its counsel of record, and Defendant Denise Nichols ("Nichols"), by and through her counsel of record, that the Wednesday, April 27, 2011 for electing whether or not Righthaven's claims against Nichols should be dismissed with or without prejudice set by the Court at the April 20, 2011 hearing in this matter (Doc. # 30). The Court further advised that it would be inclined to extend this deadline should the parties' counsel so request in view of ongoing substantive and productive settlement discussions between the parties.

Righthaven and Nichols, through their respective counsel have engaged in and are currently engaged in substantive and meaningful settlement discussions. However, it is unlikely

that a formal resolution will be finalized by the deadline set at the April 20, 2011 hearing.

Accordingly, the parties stipulated to and agree that they shall have an extension of time until May 6, 2011 to finalize a settlement of the claims asserted against Nichols.  This stipulation is sought in good faith and not for purposes of delay.  Moreover, the Court invited counsel for Righthaven and Nichols to submit this stipulation in the event a formal resolution could not be reached by the April 27, 2011 deadline set by the Court.

Dated this 27th day of April, 2011.

| MICHAEL P. KIMBRELL, LTD. | SHAWN A. MANGANO, LTD. |
|---|---|
| By: /s/ Michael P. Kimbrell<br>MICHAEL P. KIMBRELL, ESQ.<br>Nevada Bar No. 7776<br>mpkimbrell@aol.com<br>523 S. 8th Street<br>Las Vegas, Nevada 89101 | By: /s/ Shawn A. Mangano<br>SHAWN A. MANGANO, ESQ.<br>Nevada Bar No. 6730<br>shawn@manganolaw.com<br>9960 West Cheyenne Avenue, Suite 170<br>Las Vegas, Nevada 89129-7701 |

**IT IS SO ORDERED** this 28th day of April, 2011.

_____
Gloria M. Navarro
United States District Judge