Re: For the Record Righthaven vs Nichols case Urgent
Denise Nichols
to:



04/28/2011 03:03 PM
Show Details

2:10-CV-1672-GMN-LRL

Dear Honorable Judge Gloria Navarro,

Righthaven is not accepting what I have asked for as I wrote to you yesterday.
I have told my attorney's I want Dismissal With Prejudice and for them to pay for my legal fees and costs!
Righthaven is denying to do that with my legal fees and cost!

Based on this information:  http://www.vegasinc.com/news/2011/apr/28/judge-doubtful-righthavens-right-sue-over-r-j-mate/

That comes out of  your same Federal District Court, I am wondering why they are holding up getting this action done!

I have a very critical condition re a cerebral aneurysm that could rupture and I want to get this legal situation out of the way so I can concentrate on lining up surgery as soon as possible. This could cost me my very life.  This situation is causing me huge amounts of stress since March 23rd and that is not good for my health!

My lawyer that is negotiating with Righthaven is telling me today to write up the wording for Righthaven after I already told them yesterday what I have told you.  Righthaven wants me to say they are doing this because I am a veteran etc...  They are trying to get me to do their PUBLIC RELATIONS.  I feel they truly do not care for anyone and are just trying to take people for their money and do not want to face the consequence of their actions and pay for damages done to defendants.  I do not think I should be penalized and I think righthaven should have to pay for the cost that they have cost me.

Therefore I request any relief the court deems appropriate.

I do not know what the future holds for my health but the last thing I would do is Public Relations for Righthaven.

Thank you for your patience, respectfully submitted.

Sincerely,


Denise Nichols, Maj, USAFR(ret), RN(ret), MSN



--- On **Wed, 4/27/11, Denise Nichols** <*dsnurse1@yahoo.com*> wrote:

> From:
> Subject: For the Record Righthaven vs Nichols case
> To:
> Date: Wednesday, April 27, 2011, 5:56 PM


Dear Honorable Judge Gloria Navarro,

The lawyers filed for extension of time prior to notifying me they were going to file for extension of time.

Last week in VA hospital DC they found a cerebral aneurysm and other problems including thyroid and neurological issues common to gulf war veterans.  I need to have a clear conscious and move forward to deal with the cerebral aneurysm surgery and other health care issues.

I want Dismissal with Prejudice and my lawyer fees and cost paid out cover so I can use that money in dealing with my health care needs.  Righthaven is being heavy handed and placing many defendants health at risk by their actions.  I felt as a federal judge you should have this information.

Sincerely,

 Denise Nichols
Maj, USAFR(ret), RN(ret) MSN