# EXHIBIT A

**Randazza Legal Group**
P.O. Box 5516
Gloucester, MA 01930
978-865-4101



**Michael Leon**
Attn:
5767 Monticello Way
Fitchburg, WI 53719

# Invoice 20322

| Date | May 03, 2011 |
|---|---|
| Terms | Net 7 |
| Service Thru | May 03, 2011 |

**In Reference To: April 20, 2011 hearing (Attorney Time)**

| Date | By | Services | Hours | Rates | Amount |
|---|---|---|---|---|---|
| 04/19/2011 | JMD | **Email Exchange:** E-mail exchange with Righthaven, Michael Leon regarding Michael Leon's statements. | 0.40 | $275.00/hr | $110.00 |
| 04/19/2011 | JMD | **Documentation:** Travel to federal courthouse, filing of MTD and certificate of service. | 0.70 | $275.00/hr | $192.50 |
| 04/20/2011 | JMD | **Preparation:** Travel to courthouse and communication with client regarding hearing procedures and protocol. | 0.50 | $275.00/hr | $137.50 |
| 04/20/2011 | JMD | **Preparation:** Preparation for hearing; review of case law regarding 4(m) and proposed arguments. Review of Subj. Matter Jurisdiction arguments and relevant caselaw, and evidence appropriate to the case. | 0.50 | $275.00/hr | $137.50 |
| 04/20/2011 | JMD | **Court Time:** Attend and participate in hearing for Michael Leon. | 1.00 | $275.00/hr | $275.00 |
| 04/20/2011 | JMD | **Other:** Return travel from Michael Leon hearing. | 0.30 | $275.00/hr | $82.50 |
| 04/20/2011 | JMD | **Phone Call:** Phone call with MJR to discuss implications of hearing on current clients. (total time: .3, divided among 3 clients) | 0.10 | $275.00/hr | $27.50 |
| 04/20/2011 | JMD | **Phone Call:** Debrief of client regarding April 20, 2011 hearing and ramifications for continued pro se representation; no prospective legal advice administered. | 0.30 | $275.00/hr | $82.50 |
| 04/21/2011 | JMD | **Research:** Phone call with Marc Randazza regarding attorneys' fees award; research on Nevada precedent concerning awards of attorneys' fees, multipliers, and relevant other factors. | 0.20 | $275.00/hr | $55.00 |
| 04/21/2011 | JMD | **Phone Call:** Instant message conference with Marc Randazza concerning disclosure of retainer agreement and/or excerpts therefrom to attorneys for Righthaven. Send e-mail to Shawn Mangano asserting privilege of retainer agreement and listing terms for its partial disclosure. | 0.20 | $275.00/hr | $55.00 |
| 04/22/2011 | JMD | **Documentation:** Memo to file regarding status of attorneys' fees recovery. | 0.10 | $275.00/hr | $27.50 |
| 04/23/2011 | JMD | **Drafting:** Research regarding attorney's fees in pro bono cases in 9th Circuit. Draft research into e-mail to opposing counsel articulating propriety of attorney's fees in our case. | 0.40 | $275.00/hr | $110.00 |
| 04/23/2011 | JMD | **Phone Call:** Phone call with Marc Randazza regarding correspondence from Righthaven's counsel, Shawn Mangano, about propriety of attorney's fees and e-mail correspondence from Friday, April 22. | 0.20 | $275.00/hr | $55.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04/25/2011 | JMD | **Phone Call:** Confidential phone call with Shawn Mangano regarding attorneys' fee dispute with Righthaven and potential resolutions. | 0.10 | $275.00/hr | $27.50 |
| 04/26/2011 | JMD | **Documentation:** Memo to file regarding status of resolving attorneys' fees dispute with Righthaven. | 0.10 | $275.00/hr | $27.50 |
| 04/27/2011 | JMD | **Email Exchange:** E-mail exchange with attorney Randazza concerning silence from Shawn Mangano regarding our past communication on the subject of Attorneys' fees. | 0.10 | $275.00/hr | $27.50 |
| 04/28/2011 | JMD | **Phone Call:** Phone call with Shawn Mangano; inquiry regarding status of Righthaven's position on payment of attorneys' fees. | 0.10 | $275.00/hr | $27.50 |
| 04/30/2011 | JMD | **Set Strategy:** Review of file regarding status of fee request from Righthaven stemming from April 20 hearing and subsequent correspondence with Shawn Mangano. Review of correspondence and analysis of how to proceed in obtaining fees; cost-benefit analysis of options and likelihood of success. | 0.20 | $275.00/hr | $55.00 |
| 05/01/2011 | JMD | **Drafting:** Research motions for attorney's fees; Draft attorney's fees motion. Begin drafting supporting memorandum of law and points of authority. Outline points needed for supporting Declaration. | 1.20 | $275.00/hr | $330.00 |
| 05/01/2011 | JMD | **Drafting:** Draft Memorandum of Law in support of fee motion and application. Research relevant standards for fee applications and lodestar standard's application in the Ninth Circuit and District of Nevada. Draft Memo sections regarding reasonableness of fees, what fees can be recovered, and propriety of fees for pro bono counsel. Draft conclusion. | 2.30 | $275.00/hr | $632.50 |
| 05/01/2011 | JMD | **Drafting:** Research District of local rules for fee motions and applications. Revise Motion to explicitly include factors A-L from Local Rule 54-16 in the motion text. Address each factor, A through L, individually, with references to the case docket and other evidence. | 0.70 | $275.00/hr | $192.50 |
| 05/02/2011 | JMD | **Drafting:** Review of docket and local rules; research file notes and e-mails. Use this information to begin drafting attorney declaration needed for fees motion. | 0.80 | $275.00/hr | $220.00 |
| 05/02/2011 | JMD | **Drafting:** Complete drafting of declaration regarding representation of Leon as relevant to motion for fees; review factual bases for statements in declaration and compare to motion and memorandum of law. | 0.80 | $275.00/hr | $220.00 |
| 05/02/2011 | JMD | **Documentation:** Review Bill 4 Time procedures and tools for articulation in declaration. Assemble documents for use as exhibits in motion for fees. Review of evidence and mark items for review / editing. | 0.60 | $275.00/hr | $165.00 |
| 05/02/2011 | JMD | **Review and Revise:** Review, revise and edit declaration, memorandum of law anf motion, keying citations to completed evidence and the declaration. Re-read and proof content for syntax and stylistic elements, and compliance with local rules. | 1.10 | $275.00/hr | $302.50 |
| 05/02/2011 | JMD | **Research:** re-review of Local Rules and FRCP concerning bill of costs and requirements of attorney's fees motion. | 0.10 | $275.00/hr | $27.50 |
| 05/02/2011 | JMD | **Documentation:** Memo to file regarding status of representation, fee motion and discussions with Righthaven. | 0.10 | $275.00/hr | $27.50 |
| 05/03/2011 | JMD | **Documentation:** Review of Motion, Memorandum and final edits, and formatting for filing. Notarization of affidavit and final review of needed exhibits. Convert files for filing. Final digital assembly of exhibits for motion and affidavit. | 0.60 | $275.00/hr | $165.00 |

**In Reference To: April 20, 2011 hearing (Expenses)**

| Date | By | Expenses | Amount |
|---|---|---|---|
| 04/20/2011 | JMD | **Travel/Lodging:** Cost of parking at Bank of America parking ramp on 4th Street in downtown Las Vegas for duration of April 20, 2011 hearing from 7:50 am through 10:20 am. | $20.00 |

| | | |
|---|---|---|
| | **Total Hours** | 13.80 hrs |

|                        |            |
|-----------------------:|-----------:|
| **Total Attorney Time**    | $3,795.00  |
| **Total Expenses**         | $20.00     |
| **Total Invoice Amount**   | $3,815.00  |
| **Previous Balance**       | **$0.00**  |
| **Balance (Amount Due)**   | **$3,815.00** |

Case 2:10-cv-01672-GMN-LRL   Document 42-4   Filed 05/03/11   Page 4 of 4