# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Righthaven LLC,

                   Plaintiff,

    V.

Michael Leon, et al.,

                  Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:10-cv-01672-GMN -LRL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

Judgment on Attorney's Fees is entered in favor of James DeVoy and Randazza Legal Group and against Plaintiff Righthaven, LLC in the amount of $3,815.00.

July 5, 2011                                        /s/ Lance S. Wilson

Date                                                        Clerk

                                                                  /s/ Aaron Blazevich

                                                                  (By) Deputy Clerk