J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
jmd@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Appearance Attorney for Defendant,
*Michael Leon*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>vs.<br><br>MICHAEL LEON, an individual; DENISE NICHOLS, an individual; and MEDBILLZ, INC., a corporation of unknown origin,<br><br>                    Defendants. | Case No. 2:10-cv-01672<br><br>**DECLARATION OF J. MALCOLM DEVOY IV IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

**DECLARATION OF J. MALCOLM DEVOY IV IN SUPPORT
OF MOTION FOR PRELIMINARY INJUNCTION**

I, J. MALCOLM DEVOY IV, hereby declare as follows:

1. I am a duly licensed attorney in Nevada and a member of the Nevada bar in good standing, attorney for the Randazza Legal Group law firm (alternatively, the "Firm"), and served as counsel of record with Marc J. Randazza for Wayne Hoehn ("Hoehn") in this matter.

2. On July 5, 2011, Judge Gloria Navarro of the District of Nevada issued an Order granting my motion, on behalf of Randazza Legal Group, seeking fees of $3,815 arising from my participation in *Righthaven LLC v. Leon et al*, 2:10-cv-01672 (Doc. # 52).

3. Judgment was also entered in that amount. *Leon*, 2:10-cv-01672 (Doc. # 53).

4. On July 5, I was not contacted by Righthaven LLC ("Righthaven"), nor its outside counsel, regarding the Court's Order or entry of judgment (Docs. # 52, 53).

Randazza
Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

5. Concerned that more drastic measures would be needed to collect the judgment, I contacted Righthaven's outside counsel, Shawn Mangano, via phone on July 6, 2011.

6. Apparently, the topic of paying this judgment had already been discussed between Attorney Mangano and Righthaven.

7. My impression from the conversation was that Righthaven was unwilling to pay all, if any, of the fees awarded by this Court.

8. Based on prior discussions of attorney's fees with Righthaven during the month of April 2011, in which I tried to resolve this Court's Order allowing the pursuit of attorney's fees (Doc. # 37), which never resulted in a settlement – and necessitated a much costlier fee award than the amount originally sought by Randazza Legal Group – I do not believe Righthaven intends to pay fees to Randazza Legal Group in this matter, nor any defendant, despite any attempts by Attorney Mangano to intervene upon the judgment-holders' behalf.

9. I believe, based on past experiences negotiating with Righthaven in this matter, and my July 6 conversation with Attorney Mangano, that Righthaven will not make a good faith effort to heed this Court's July 5, 2011 Order awarding $3,815.00 in fees to Randazza Legal Group, and will take all steps necessary to avoid payment of my and the Firm's judgment against it (Doc. # 53), even if Randazza Legal Group pursues a Writ of Execution against Righthaven.

10. I further believe, based on past experience and my latest interactions with Righthaven's counsel, that it is Righthaven's goal to not honor this Court's Order or judgment, and it will liquidate, disgorge or otherwise conceal its assets in order to do so – an outcome facilitated by its business model as a limited liability company owned by two other limited liability companies.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2011

By:  /s/ J. Malcolm DeVoy IV
J. Malcolm DeVoy IV

Randazza Legal Group
7001 W Charleston Blvd #1043
Las Vegas, NV 89117
(888) 667-1113