J. Malcolm DeVoy IV (Nevada Bar No. 11950)
RANDAZZA LEGAL GROUP
jmd@Randazza.com
7001 W. Charleston Boulevard, # 1043
Las Vegas, NV 89117
Telephone: 888-667-1113
Facsimile: 305-437-7662
www.Randazza.com

Appearance Attorney for Defendant,
*Michael Leon*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL LEON, an individual; DENISE NICHOLS, an individual; and MEDBILLZ, INC., a corporation of unknown origin,<br><br>　　　　　　　Defendants. | Case No. 2:10-cv-01672<br><br>**DECLARATION OF J. MALCOLM DEVOY IV IN RESPONSE TO ORDER ON APPLICATION TO STAY, DOCKET # 56** |

**DECLARATION OF J. MALCOLM DEVOY IV IN RESPONSE TO ORDER ON APPLICATION TO STAY, DOCKET # 56**

I, J. MALCOLM DEVOY IV, hereby declare as follows:

1.　I am a duly licensed attorney in Nevada and a member of the Nevada bar in good standing, attorney for the Randazza Legal Group law firm (alternatively, the "Firm"), and served as counsel of record for Michael Leon during his April 20, 2011 hearing in this matter.

2.　On July 12, 2011, this Court ordered that Plaintiff Righthaven LLC shall have until 5:00 pm on July 25, 2011 to pay Randazza Legal Group's judgment in this matter. (Docs. # 56, 53.)

3.　Following the Court's Order (Doc. # 56), Shawn Mangano advised me that Righthaven would be transmitting a check to Randazza Legal Group for the full value of the firm's judgment.

Randazza Legal Group
7001 W Charleston Blvd #1043
Las Vegas, NV 89117
(888) 667-1113

4. Also on July 24, I transmitted a copy of the receipt attached to this declaration as Exhibit A to Shawn Mangano, on behalf of Righthaven LLC.

5. As explained in Exhibit A, Righthaven LLC sent the check to the Firm's former San Diego address – an unusual choice, as the filings in this case and numerous others between Righthaven LLC and myself have borne the firm's Las Vegas address, to which Righthaven has sent mail in the past.

6. Fortunately, Randazza Legal Group contacted the occupants of its former San Diego office space, and was able to retrieve the check, confirming its receipt on July 24, 2011.

7. At this point, I consider Righthaven to have made full payment on the judgment entered in this case (Doc. # 53), on condition that Randazza Legal Group reserves its right to renew its Motion for Preliminary Injunction (Doc. # 54) in the event Righthaven LLC's check does not clear payment – an outcome that will not be known until after this Court's July 25 deadline.

8. Accordingly, I request that the July 26, 2011 hearing in this case be vacated.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2011

By:   /s/ J. Malcolm DeVoy IV
       J. Malcolm DeVoy IV

Randazza
Legal Group
7001 W Charleston Blvd
#1043
Las Vegas, NV 89117
(888) 667-1113

- 2 -

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am a representative of Randazza Legal Group and that on this 24th day of July, 2011, I caused the document(s) entitled:

- **DECLARATION OF J. MALCOLM DEVOY IV IN RESPONSE TO ORDER ON APPLICATION TO STAY, DOCKET # 56**

and all attachments to be served as follows:

[ ]   by depositing same for mailing in the United States Mail, in a sealed envelope addressed to Steven A. Gibson, Esq., Righthaven, LLC, 9960 West Cheyenne Avenue, Suite 210, Las Vegas, Nevada, 89129-7701, upon which first class postage was fully prepaid; and/or

[ ]   Pursuant to Fed. R. Civ. P. 5(b)(2)(D), to be sent via facsimile as indicated; and/or

[ X ]   by the Court's CM/ECF system.

/s/ J. Malcolm DeVoy

J. Malcolm DeVoy

- 3 -