# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RIGHTHAVEN, LLC, | ) |
|  | ) Case No.: 2:10-cv-01672-GMN-LRL |
| Plaintiff, | ) |
|  | ) **ORDER OF DISMISSAL WITHOUT** |
| vs. | ) **PREJUDICE PURSUANT TO RULE** |
|  | ) **4(m) FEDERAL RULES OF CIVIL** |
| MEDBILLZ, INC., | ) **PROCEDURE** |
| Defendant. | ) |
|  | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE

Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is dismissed without prejudice as **to Defendant MEDBILLZ, INC.**

**DATED** this 6th day of September, 2011.

_____
Gloria M. Navarro
United States District Judge